# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**FERNANDO GUERRERO-ALVAREZ**<br><br>　　　　　Defendant. | CR NO: 2:21-cr-00120-JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: Fernando Guerrero-Alvarez
Detained at

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: Illegal re-entry, in violation of 8 U.S.C. § 1326.
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Sam Stefanki
Printed Name & Phone No: Sam Stefanki, 916-397-4148
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 25, 2021

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | BL0216 | DOB: | 4/30/1976 |
| Facility Address: | 711-045 Center Road<br>Susanville, CA 96127-0790 | Race: | |
| Facility Phone: | (530) 257-2181 | FBI#: | 498621KB1 |
| Currently Incarcerated For: | Violation of California Penal Code section 246 | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　(signature)