1 PHILLIP A. TALBERT
Acting United States Attorney
2 SAM STEFANKI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-00120-JAM

11                         Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
12                    v.                     FINDINGS AND ORDER

13   FERNANDO GUERRERO-ALVAREZ,            DATE: December 7, 2021
                                            TIME: 9:30 a.m.
14                         Defendant.       COURT: Hon. John A. Mendez

15

16                              **STIPULATION**

17         Plaintiff United States of America, by and through its counsel of record, and defendant Fernando

18   Guerrero-Alvarez, by and through his counsel of record, hereby stipulate as follows:

19         1.    By previous order, this matter was set for status on December 7, 2021.

20         2.    By this stipulation, the defendant now moves to continue the status conference until

21   January 25, 2022, and to exclude time between December 7, 2021, and January 25, 2022, under Local

22   Code T4.

23         3.    The parties agree and stipulate, and request that the Court find the following:

24               a)    The government has represented that the discovery associated with this case

25   includes more than 300 pages of documents and, potentially, audio files.  Much of this discovery

26   has been either produced directly to counsel or made available for inspection and copying, and

27   the government will continue to produce discovery if additional material becomes available.  The

28   government also previously extended to the defendant an offer to resolve the case.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges and potential defenses to those charges, consider the government's plea offer, prepare pretrial motions, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2021, to January 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  November 17, 2021                    PHILLIP A. TALBERT
                                               Acting United States Attorney
8

9                                              /s/ SAM STEFANKI
                                               SAM STEFANKI
10                                             Assistant United States Attorney

11

12  Dated:  November 17, 2021                  /s/ HOOTAN BAIGMOHAMMADI
                                               HOOTAN BAIGMOHAMMADI
13                                             Counsel for Defendant
                                               FERNANDO GUERRERO-ALVAREZ
14

15

16

17                         **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED this 17th day of November, 2021.

19

20                                             /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
21                                             UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28