1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Guerrero-Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-120-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) |
| FERNANDO GUERRERO-ALVAREZ, | ) Date: January 25, 2022<br>) Time: 9:30 a.m.<br>) Judge: John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel E. Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Fernando Guerrero-Alvarez, that the previously scheduled Status Hearing set for January 25, 2022 be continued to March 1, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for January 25, 2022 at 9:30 a.m. Time has been ordered excluded through that date.

2. Mr. Guerrero respectfully requests that the Court continue the Status Hearing to March 1, 2022 at 9:30 a.m. The government has produced 323 pages of discovery. The parties have been in active plea negotiations. Mr. Guerrero requires additional time to review the discovery; investigate and research possible

defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

3. The government does not object to Mr. Guerrero's motion.

4. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 25, 2022 and March 1, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Guerrero in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Guerrero-Alvarez

Date: January 3, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel E. Stefanki*
SAMUEL E. STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status Hearing and Exclude Time — -2- — *United States v. Guerrero-Alvarez*, 2:21-CR-120-JAM

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: January 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE