PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO GUERRERO-ALVAREZ,<br><br>Defendant. | CASE NO. 2:21-CR-00120-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 1, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Fernando Guerrero-Alvarez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 1, 2022.

2. By this stipulation, the defendant now moves to continue the status conference until April 5, 2022, at 9:30 a.m., and to exclude time between March 1, 2022, and April 5, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 300 pages of documents. The parties also believe that audio recordings of the defendant's removal proceedings exist in the files of the National Archives and Records Administration ("NARA"). The government is diligently attempting to obtain copies of any such audio files so that they can be produced to the defendant, but has not yet done so primarily due to

NARA staffing shortages caused by the ongoing COVID-19 pandemic.

b) Much of the existing discovery has been either produced directly to counsel or made available for inspection and copying, and the government will continue to produce discovery if additional material becomes available. The government also previously extended to the defendant an offer to resolve the case, which offer remains pending.

c) Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charges and potential defenses to those charges, consider the government's plea offer, prepare pretrial motions, and otherwise prepare for trial.

d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2022, to April 5, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 9, 2022			PHILLIP A. TALBERT
						United States Attorney

						/s/ SAM STEFANKI
						SAM STEFANKI
						Assistant United States Attorney

Dated:  February 9, 2022			/s/ HOOTAN BAIGMOHAMMADI
						HOOTAN BAIGMOHAMMADI
						Counsel for Defendant
						FERNANDO GUERRERO-ALVAREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of February, 2022.

						/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						UNITED STATES DISTRICT COURT JUDGE