HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Guerrero-Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-120-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE; SET CHANGE OF PLEA AND SENTENCING; AND EXCLUDE TIME** |
| vs. | |
| FERNANDO GUERRERO-ALVAREZ, | Date: May 17, 2022<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Samuel E. Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Fernando Guerrero-Alvarez, that the previously scheduled Status Hearing set for May 17, 2022 be continued to June 28, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for May 17, 2022 at 9:30 a.m. Time has been ordered excluded through that date.

2. Mr. Guerrero respectfully requests that the Court continue the matter and set a combination plea and sentencing on June 28, 2022 at 9:30 a.m.

3. The government has produced 323 pages and an audio recording in discovery. The government has also extended a plea agreement under the Eastern District of California Fast-Track Immigration Prosecution Program.

4. Mr. Guerrero requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

5. Mr. Guerrero believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to Mr. Guerrero's motion.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between May 17, 2022 and June 28, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Guerrero in a speedy trial.

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 11, 2022 | /s/ Hootan Baigmohammadi<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Guerrero-Alvarez |
| Date: May 11, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Samuel E. Stefanki<br>SAMUEL E. STEFANKI<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

Stipulation and Order to Continue and Set
Change of Plea and Sentencing
-3-
*United States v. Guerrero-Alvarez*,
2:21-CR-120-JAM

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date: May 12, 2022                                       /s/ John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Continue and Set
Change of Plea and Sentencing                         -4-                        *United States v. Guerrero-Alvarez*,
                                                                                                    2:21-CR-120-JAM