1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Guerrero-Alvarez

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,      ) Case No.  2:21-CR-120-JAM
11                                 )
            Plaintiff,             ) **STIPULATION AND ORDER TO CONTINUE**
12                                 ) **CHANGE OF PLEA AND SENTENCING; AND**
            vs.                    ) **EXCLUDE TIME**
13                                 )
   FERNANDO GUERRERO-              ) Date:   June 28, 2022
14 ALVAREZ,                        ) Time:  9:30 a.m.
                                   ) Judge: John A. Mendez
15            Defendant.           )

16         IT IS HEREBY STIPULATED and agreed by and between United States Attorney

17 Phillip A. Talbert, through Assistant United States Attorney Samuel E. Stefanki, counsel for

18 Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19 Baigmohammadi, counsel for Defendant Fernando Guerrero-Alvarez, that the previously

20 scheduled  Status Hearing set for June 28, 2022 be continued to July 12, 2022 at 9:30 a.m.

21         The parties specifically stipulate as follows:

22     1.     By previous order, the Change of Plea and Sentencing is currently scheduled for

23            June 28, 2022 at 9:30 a.m.  Time has been ordered excluded through that date.

24     2.     Mr. Guerrero respectfully requests that the Court continue the combination plea

25            and sentencing to July 12, 2022 at 9:30 a.m.

26

27

28

3.     The government has produced 323 pages and an audio recording in discovery. The government has also extended a plea agreement under the Eastern District of California Fast-Track Immigration Prosecution Program.

4.     Defense counsel will be out of town on leave in the upcoming weeks and needs additional time to adequately prepare for a change of plea and sentencing.

5.     Mr. Guerrero believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.     The government does not object to Mr. Guerrero's motion.

7.     For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between June 28, 2022 and July 12, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Guerrero in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 9, 2022     */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Guerrero-Alvarez

Date: June 9, 2022     PHILLIP A. TALBERT
United States Attorney

*/s/ Samuel E. Stefanki*
SAMUEL E. STEFANKI
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue and Set
Change of Plea and Sentencing                    -2-                    *United States v. Guerrero-Alvarez*,
2:21-CR-120-JAM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Date:  June 10, 2022                              /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT COURT JUDGE