```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Guerrero-Alvarez
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-120-JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **CHANGE OF PLEA AND SENTENCING; AND** |
| | ) **EXCLUDE TIME** |
| FERNANDO GUERRERO-ALVAREZ, | ) Date: July 12, 2022 |
| | ) Time: 9:30 a.m. |
| | ) Judge: John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Elliot Wong, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Fernando Guerrero-Alvarez, that the previously scheduled Status Hearing set for July 12, 2022 be continued to August 9, 2022 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Change of Plea and Sentencing is currently scheduled for July 12, 2022 at 9:30 a.m. Time has been ordered excluded through that date.

2. Mr. Guerrero respectfully requests that the Court continue the combination plea and sentencing to August 9, 2022 at 9:30 a.m.

3. The government has produced 323 pages and an audio recording in discovery. The government has also extended a plea agreement under the Eastern District of California Fast-Track Immigration Prosecution Program.

4. The parties are awaiting publication of the pre-plea Presentence Report and it is anticipated to be published the week of July 19, 2022.

5. Mr. Guerrero believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to Mr. Guerrero's motion.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 12, 2022 and August 9, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Guerrero in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 8, 2022

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Guerrero-Alvarez

Date: July 8, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Elliot Wong*
ELLIOT WONG
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE